688

The People of the State of Illinois, Plaintiff-Appellee, *v.* Samuel Black, Defendant-Appellant.

(No. 11619;

Fourth District—August 23, 1972.

*Rehearing denied November 9, 1972.*

Opinion by Mr. JUSTICE SMITH.

John F. McNichols, of Defender Project, of Springfield, (J. Daniel Stewart, of counsel,) for appellant.

No appearance for the People.